UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALONZO J. GRADFORD, et al.,<br><br>　　　　　Defendants. | 1:22-cv-01655 GSA (PC)<br><br>**ORDER DIRECTING THE CLERK TO RANDOMLY REASSIGN THIS CASE TO A MAGISTRATE JUDGE OTHER THAN JUDGE GARY S. AUSTIN** |

This case was filed on December 30, 2022 by plaintiff William J. Gradford, a state prisoner proceeding *pro se*. Plaintiff names as defendants his brother Alonzo J. Gradford, his mother Jerry Ann Gradford/Scales, and his ex-wife Julie A. Gradford/Richardson. At case opening, this case was assigned to Magistrate Judge Gary S. Austin, who does not currently handle this type of case. By this order, the Clerk shall be directed to randomly reassign this case to a Magistrate Judge other than Judge Gary S. Austin.

Accordingly, the Clerk is **HEREBY DIRECTED** to randomly reassign this case to a Magistrate Judge other than Judge Gary S. Austin.

IT IS SO ORDERED.

Dated: **January 5, 2023**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE