UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>ALONZO J. GRADFORD, et al.,<br><br>    Defendants. | Case No.: 1:22-cv-01655-JLT-SKO<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FILING FEE**<br><br>(Doc. 6) |

Plaintiff, proceeding *pro se*, filed this action on December 30, 2022,[1] while incarcerated at San Quentin State Prison. (Doc. 1.)

In a January 5, 2023, docket entry, Plaintiff's address was updated to "General Delivery, Modesto, CA 95380 pursuant to … Notice in 1:22-cv-01637-ADA-EPG." On that same date, Plaintiff filed a Notice of Change of Address, indicating his old address was San Quentin State Prison and his new address is "William J. Gradford, General Mail, Modesto CA 95380." (Doc. 5.)

On January 30, 2023,[2] Plaintiff filed an Application to Proceed In Forma Pauperis by a Prisoner, noting he was "no longer incarcerated." (Doc. 6.) The application was only partially completed. (*Id*. at 1-2.) However, as a part of this same filing, Plaintiff also submitted an

---

[1] Plaintiff's complaint was signed and dated December 27, 2022. (Doc. 1.)

[2] On this same date, Plaintiff filed another Notice of Change of Address (see Doc. 9), however, the new address remained the same as previously indicated, to wit: General Delivery in Modesto.

Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form). (*See* Doc. 6 at 3-4.) Plaintiff completed this application, indicating he is unemployed and has no income, does not receive any income from any other source, and has no money in cash or in a checking or saving account. (*Id*.) Plaintiff stated he does not own any automobile, real estate, stock, bond, security, trust, jewelry, artwork, or other financial instrument or thing of value. (*Id*. at 4.) Finally, Plaintiff indicated he has no housing, transportation, utilities, loan payments, or other regular monthly expenses. (*Id*.)

     Following consideration of Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form), the Court finds Plaintiff has shown he is unable to afford the filing fee for this action. Accordingly, Plaintiff's application is GRANTED.

IT IS SO ORDERED.

Dated:   **January 31, 2023**                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE