UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>ALONZO J. GRADFORD, et al.,<br><br>    Defendants. | Case No.: 1:22-cv-01655-JLT-SKO<br><br>**ORDER RE VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>(Doc. 13) |

Plaintiff William J. Gradford, a former prisoner proceeding *pro se* and *in forma pauperis*, filed this action on December 30, 2022. (Doc. 1.)

On March 17, 2023, Plaintiff filed a document titled "Plaintiff request to voluntary dismissal." (Doc. 13.) Plaintiff requests this Court dismiss this action without prejudice pursuant to "Rule 41(a)." (*Id*.) Plaintiff's request is signed and dated March 12, 2023 and was filed before any opposing party served an answer or motion for summary judgment. Accordingly, this action is terminated by operation of law without further order from the Court. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate all pending motions and/or deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **March 20, 2023**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE